IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES,<br><br>                Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                Respondent. | No. 2:21-CV-1005-TLN-DMC-P<br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has filed a hand-written subpoena duces tecum, ECF No. 5, which the Court construes as a request for issuance of a subpoena form. So construed, Petitioner's motion is denied without prejudice to renewal following service of the petition.

      IT IS SO ORDERED.

Dated: July 23, 2021

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE