**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD EUGENE JAMES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | No.  2:21-CV-1005-TLN-DMC-P<br><br>ORDER |

　　　　Petitioner, a pre-trial detainee proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. On July 23, 2021, the Court directed Petitioner to file a first amended petition within 30 days which names the correct individual as Respondent. See ECF No. 11. On July 26, 2021, Petitioner filed an amended petition which continued to name an improper respondent, see ECF No. 12, and on July 29, 2021, the Court issued findings and recommendations that this action be dismissed for failure to comply with the Court's July 23, 2021, order, see ECF No. 13. Petitioner filed an amended petition on August 2, 2021, which names the correct individual as Respondent. See ECF No. 14. The findings and recommendations issued on July 29, 2021, are vacated. The Court will address the amended

/ / /

/ / /

1 | petition separately.
2 |                 IT IS SO ORDERED.

Dated:  August 27, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE