1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD EUGENE JAMES, | No. 2:21-CV-1005-TLN-DMC-P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a pre-trial detainee proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's amended petition for a writ of habeas corpus, ECF No. 15, filed as of right and which supersedes the amended petition at ECF No. 14.

Rule 4 of the Federal Rules Governing Section 2254 Cases provides for summary dismissal of a habeas petition "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court."  In the instant case, it is plain that Petitioner is not entitled to federal habeas relief.

/ / /

/ / /

/ / /

1

1    Petitioner makes clear that he is a pre-trial detainee awaiting a trial in state court

2  on criminal charges.  See ECF No. 15, pg. 2.  Petitioner appears to be raising various

3  constitutional claims relating to his arrest and the resulting underlying criminal prosecution.

4  Principles of comity and federalism require that this Court abstain and not entertain Petitioner's

5  pre-conviction habeas challenge unless he shows that:  (1) he has exhausted available state

6  judicial remedies, and (2) "special circumstances" warrant federal intervention.  See Carden v.

7  Montana, 626 F.2d 82, 83-84 (9th Cir.1980).  Only in cases of proven harassment or prosecutions

8  undertaken by state officials in bad faith without hope of obtaining a valid conviction and limited

9  other special circumstances where irreparable injury can be shown is federal injunctive relief

10  against pending state prosecutions appropriate.  See id. at 84 (citing Perez v. Ledesma, 401 U.S.

11  82, 85 (1971)).  In his amended petition, Petitioner makes no such showing of "special

12  circumstances" warranting federal intervention before the trial is held and any appeal is

13  completed.  See id.

14    Accordingly, this Court should abstain and dismiss this action without prejudice.

15  The alleged problems that Petitioner claims he is enduring are matters that can and should be

16  addressed in the first instance by the trial court, and then by the state appellate courts, before he

17  seeks a federal writ of habeas corpus.

18    Based on the foregoing, the undersigned recommends that Petitioner's amended

19  petition for a writ of habeas corpus, ECF No. 15, be summarily dismissed.

20    These findings and recommendations are submitted to the United States District

21  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

22  after being served with these findings and recommendations, any party may file written

23  objections with the court.  Responses to objections shall be filed within 14 days after service of

24  objections.  Failure to file objections within the specified time may waive the right to appeal.  See

25  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

26  Dated:  August 27, 2021

27  _____

28  DENNIS M. COTA
     UNITED STATES MAGISTRATE JUDGE